KEE et al. v. BUNEL. (Circuit Court of Appeals, Eighth Circuit. February 1, 1904.) No. 2,016. Appeal from the Circuit Court of the United States for the Western District of Missouri. W. A. Rathbun, P. T. Allen, and W. D. Tatlow, for appellants. Frank S. Heffernan and George H. Shields, for appellee. Appeal dismissed, with costs, pursuant to stipulation.

---

L. E. WATERMAN CO. v. McCUTCHEAN. SAME v. FORSYTH et al. (Circuit Court of Appeals, Second Circuit. January 6, 1904.) Nos. 7, 33. Appeals from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 121 Fed. 103. Walter S. Logan, for appellant. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree affirmed, on opinion of court below.

---

MARSHALL v. MISSOURI PAC. RY. CO. (Circuit Court of Appeals, Seventh Circuit. October 6, 1903.) No. 1,029. In Error to the Circuit Court of the United States for the Northern District of Illinois. Frank F. Reed, for defendant in error. Dismissed, pursuant to section 1 of rule 16 of the rules of this court (90`Fed. xc, 32 C. C. A. xc).

---

MERRIMAN et al. v. CHICAGO, D. & V. R. CO. et al. (Circuit Court of Appeals, Seventh Circuit. January 6, 1904.) No. 905. Appeal from the Circuit Court of the United States for the Northern District of Illinois. Charles B. McCoy and Samuel A. Lynde, for appellants. John Barton Payne, for appellees. Appeal dismissed.